# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| JIMMIE GLYN SHARPLIN AND MARGARET SHARPLIN | * | CIVIL ACTION NO. 05-0479 |
|---|---|---|
| VERSUS | * | MAGISTRATE JUDGE HILL |
| T.B. RENTAL SERVICES, INC. | * | BY CONSENT OF THE PARTIES |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that the Motion for Summary Judgment filed by defendants, T.B. Rental Services, Inc. and Nautilus Insurance Company (rec. doc. 39) is **GRANTED**, and all claims filed by plaintiffs, Jimmie Glynn Sharplin and Margaret Sharplin, and intervenors, Helmerich & Payne International Drilling Company and New Hampshire Insurance Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed this 24th day of August, 2006, at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE